AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: 1:21-MJ-141 | Date and time warrant executed: 3/16/21 | Copy of warrant and inventory left with: Devices |
| Inventory made in the presence of : |||
| Inventory of the property taken and name(s) of any person(s) seized: Thumbdrive containing Cellebrite download of devices |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/14/21

_Executing officer's signature_

Geoffrey Yandl, SA
_Printed name and title_