UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF THE SEARCH OF

2 Seized Devices, further described in Attachment A.

No. 1:21-MJ-141

_____/

## MOTION & ORDER TO UNSEAL

Now comes the United States of America by Andrew Byerly Birge, United States Attorney for the Western District of Michigan, and Lauren F. Biksacky, Assistant United States Attorney, and moves this court to unseal the search warrant, application and affidavit for search warrant, and search warrant return in the above matter for the reason that the search warrant has now been executed, and the target of the search has now been indicted.

Dated: April 15, 2021

Respectfully submitted,
ANDREW BYERLY BIRGE
United States Attorney

LAUREN F. BIKSACKY
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI   49501-0208
(616) 456-2404

IT IS SO ORDERED.

Dated: 4/19/2021

PHILLIP J. GREEN
United States Magistrate Judge
United States District Court